United Stat[e] District Court

JOHN, GROSS #27300 5/18/21

Vs 3:21-cv-345-CWR-FKB

DOCTOR WALLS

TATE REEVES - FOR STATE OF MISSISSIPPI FOR HINDS COUNTY DETENTION CENTER RAYMOND JAIL . . .

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 18 2021
ARTHUR JOHNSTON
BY ________ DEPUTY

COMPLIANT FOR LAWSUIT AND APPEAL

On the about date 9/21/02 about time 9:30 am Dr. Walls is employ with Hinds COUNTY Detention Center Raymond Jail 1450 County Farm Rd, Raymond, MS. 39154 Dr. Walls gave me a pill medication name mellaril mellaril gave me a side effect which almost cause my death, mellaril gave me a life time disabilty, mellaril was taken off maket about 50 years ago at the time of this matter of problem now Im living in pain and suffering and legal desteved the first time I have taken mellaril I had a erection last up to six(6) to eight (8) hours before going down, this happen for saven (7) days on the eight (8) day the erection stayed up and wouldn't go down, I suffer with much pain on the fourteenth (14) day

I was taken to cmmc MEDICAL center 1850 Chadwick Dr. Jackson, MS. 39204, A doctor about name Dr. Felix Gordon M.D. did a sugery on my penis to get the erection down, mellaril made me not tobe able toget a erection, On the about date 9/21/05 Dr. Gordon put a penile pump in my penis to help my penis toget a erection, It was working good but to day the penile pump do not work..

This is a violation of the 8th, 9th 10th 11th and 14th Amendment.

Relief Seek - for the state of mississippi for Hinds County Detention Pay me the sum of 3 millions dlrs. in money and or land property building or Houses ...

If I'm not grated my relief I will be asking for 3 billions dlrs with the help and assisstant from the persident of the United State Legal Department.

I did forcward this compliant to federal court in Jackson, MS, FDA Department, Novartis Pharmaceuticals, state of Mississippi

JD

John Gross #27300
V.
State of Mississippi for Hinds County
Detention Center

You owe me, why not pay me some how some way I'll fight this case to the end if it cause me my life

I get no help from State Governor nor get no help from United state court

No man is above the law anxman who comitts a crime shell be brought to court to be trial.

The law say if a person get hurt on a owe/ property when it the owner fault the owner shell automatic pay the person whom gottin hurt on owe/ property where is my rights.

John Gross 5/18/21

p-2 + p-1 → on back

Address:
John Gross
1119 Hunter St.
Jackson, MS. 39204